# LAGALANTE PLLC
ATTORNEY AND COUNSELOR AT LAW

LOUIS M. LAGALANTE
ADMITTED NY, NJ & CT

3 W 35TH STREET, 6TH FLOOR
NEW YORK, NY 10001
TELEPHONE: (646) 988-4182
E-MAIL: LML@LAGALANTELAW.COM

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
TELEPHONE: (973) 353-6201

January 31, 2018

VIA ECF

Hon. Brian R. Martinotti
United States District Judge
United States District Court, DNJ
Clarkson S. Fisher Building
 & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Fidelity Brokerage Services LLC v. Michael Giordano
Civ. Action No. 18-897 (BRM)

Dear Judge Martinotti:

We represent the defendant, Michael Giordino. On January 23, 2018, the Court (Hon. Anne E. Thompson) entered an Order Granting Application for Temporary Restraining Order (the "TRO"). Among other things, the TRO provides that "The parties shall confer and advise the Court by January 31, 2018 of what further action they contemplate in this Court, if any, including the possibility of a hearing on a preliminary injunction." TRO, para. 8.

Counsel for the parties have conferred and decided that no further proceedings are contemplated by either party in Court at this time. The parties are proceeding to an expedited arbitration hearing in FINRA, which we expect will take place in the next few weeks.

Respectfully submitted,

Louis M. Lagalante

LML/
Cc: Susan M. Guerette, Esq.
    (by ECF)