## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **FIDELITY BROKERAGE SERVICES LLC,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CASE NO. 18-897 (BRM)** |
| | : | |
| **MICHAEL GIORDANO,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Fidelity Brokerage Services LLC and Defendant Michael Giordano stipulate and agree that any and all claims filed herein by Plaintiff or Defendant should be and hereby are dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

STIPULATED:

_____
Susan M. Guerette
Counsel for Plaintiff

_____
Louis M. Lagalante
Counsel for Defendant

SO ORDERED this ___ day of August, 2019

_____
United States District Judge